UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ANDRACKI, RANDALL S. | § | Case No. 10-01254 |
| ANDRACKI, SANDRA M. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/05/2012 in Courtroom 682,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2012         By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDRACKI, RANDALL S. | § | Case No. 10-01254 |
| ANDRACKI, SANDRA M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,001.26 |
| and approved disbursements of | $ | 12.53 |
| leaving a balance on hand of[1] | $ | 4,988.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,250.13 | $ 0.00 | $ 1,250.13 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,250.13 |
| Remaining Balance | $ 3,738.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,034.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,546.43 | $ 0.00 | $ 392.05 |
| 000002 | Chase Bank USA, N.A. | $ 665.77 | $ 0.00 | $ 27.34 |
| 000003 | Chase Bank USA, N.A. | $ 15,587.89 | $ 0.00 | $ 640.16 |
| 000004 | Chase Bank USA, N.A. | $ 23,442.43 | $ 0.00 | $ 962.74 |
| 000005 | McFadden & Dillon, P.C. | $ 593.30 | $ 0.00 | $ 24.37 |
| 000006 | United States Department of Education | $ 20,809.20 | $ 0.00 | $ 854.59 |
| 000007 | Fia Card Services, NA/Bank of America | $ 20,389.28 | $ 0.00 | $ 837.35 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,738.60 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-01254-JBS
Randall S. Andracki                                                 Chapter 7
Sandra M. Andracki
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez              Page 1 of 3              Date Rcvd: Jun 07, 2012
                               Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2012.
```
db/jdb       +Randall S. Andracki,    Sandra M. Andracki,    1035 North Carlyle Lane,
              Arlington Heights, IL 60004-5766
14960333    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:   Chase,    Bankruptcy Department,    P.O. Box 15919,
              Wilmington, DE 19850)
14960329      Capital One Bank,    P.O. Box 60024,    City of Industry, CA 91716-0024
14960330      Capital One Bank USA Na,    PO Box 30281,    Salt Lake City, UT 84130-0281
14960331     +Charles G. McCarthy, Jr.,    800 Enterprise Drive,    Suite 204,    Oak Brook, IL 60523-4217
14960332     +Chase,   Bank One Card Service,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14960334     +Chase,   P.O. Box 659409,    San Antonio, TX 78265-9409
15937100      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14960335      Chase Bank USA, N.A.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14960336      Chase Bank USA, NA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14960337      Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14960338      Chase Home Mortgage,    PO Box 9001020,    Louisville, KY 40290-1020
14960339      Citi Cards CBSDNA,    PO Box 6500,    c/o Citi Corp,    Sioux Falls, SD 57117-6500
14960340      Citibank,    PO Box 6000,    The Lakes, NV 89163-6000
14960344      FIA CSNA,    4060 Ogletown Stanton Rd,    Newark, DE 19713-3102
14960343      FIA Card Services,    PO Box 15019,    Wilmington, DE 19850-5019
16296968      Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
14960345     +George Washington Savings Bank,    14701 S. LaGrange Road,    Orland Park, IL 60462-3226
14960346      Jackson National LIfe Insurance Co.,    PO Box 24068,    Lansing, MI 48909-4068
15981417     +McFadden & Dillon, P.C.,    120 S. LaSalle Street,    Suite 1335,    Chicago, Illinois 60603-3581
14960347      Metlife,   PO Box 371351,    Pittsburgh, PA 15250-7351
14960348      Private Bank,    PO Box 979,    Bloomfield Hills, MI 48303-0979
14960349     +Richard Andracki,    c/o Device Tech, Inc.,    215 Industrial Drive,    Hampshire, IL 60140-8904
14960350     +Richard J. Jancasz,    Meltzer Purtill & Stelle LLC,    1515 East Woodfield Road, 2nd Floor,
              Schaumburg, IL 60173-5431
14960352     +The Prudential Ins Co of America,    Customer Service Office,    PO Box 7390,
              Philadelphia, PA 19176-7390
14960354    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court:   US Department of Ed,    PO Box 7202,    Utica, NY 13504-7202)
14960353      U.S. Department of Education,    P.O.Box 530260,    Atlanta, GA 30353-0260
16268410      United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
              Greenville, TX 75403-5609
14960356     +Wells Fargo,    3476 State View Blvd,    Fort Mill, SC 29715-7200
14960357      Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14960342      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2012 02:30:55      Discover Card,   12 Reads Way,
              New Castle, DE 19720-1649
14960341      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2012 02:30:55      Discover Card,   PO Box 30395,
              Salt Lake City, UT 84130-0395
15887782      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 08 2012 02:30:55      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14960355*   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court:   US Department of Education,    PO Box 7202,    Utica, NY 13504-7202)
14960351    ##+Tailored Spaces, LLC,    189 Poplar Place,    North Aurora, IL 60542-8192
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Jun 07, 2012
                              Form ID: pdf006            Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2012**                            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: bchavez              Page 3 of 3              Date Rcvd: Jun 07, 2012
                               Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2012 at the address(es) listed below:

         Frances   Gecker    fgecker@fgllp.com,
          fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
         Joel A Schechter    on behalf of Debtor Randall Andracki joelschechter@covad.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                              TOTAL: 3