**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANDRACKI, RANDALL S. | § | Case No. 10-01254 |
| ANDRACKI, SANDRA M. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 676,825.00<br>*(Without deducting any secured claims)* | Assets Exempt: 601,071.00 |
| Total Distributions to Claimants: 3,738.60 | Claims Discharged<br>Without Payment: 1,189,400.42 |
| Total Expenses of Administration: 1,262.66 | |

3) Total gross receipts of $ 5,001.26 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,001.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 358,040.10 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,262.66 | 1,262.66 | 1,262.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,192,022.48 | 91,034.30 | 91,034.30 | 3,738.60 |
| **TOTAL DISBURSEMENTS** | $ 1,550,062.58 | $ 92,296.96 | $ 92,296.96 | $ 5,001.26 |

4) This case was originally filed under chapter 7 on 01/14/2010 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2012 By:/s/Frances Gecker

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIM AGAINST ESTATE OF FRANK OLCZAK | 1149-000 | 5,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.26 |
| **TOTAL GROSS RECEIPTS** | | $ 5,001.26 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Mortgage PO Box 9001020 Louisville, KY 40290-1020 | | 130,475.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Wells Fargo Home Mortgage PO Box 5296 Carol Stream, IL 60197-5296 | | 227,564.34 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 358,040.10 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| FRANCES GECKER | 2100-000 | NA | 1,250.13 | 1,250.13 | 1,250.13 |
| BANK OF AMERICA | 2600-000 | NA | 6.37 | 6.37 | 6.37 |
| BANK OF AMERICA | 2600-000 | NA | 6.16 | 6.16 | 6.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,262.66 | $ 1,262.66 | $ 1,262.66 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank P.O. Box 60024 City of Industry, CA 91716-0024 | | 16,071.08 | NA | NA | 0.00 |
| | Citibank PO Box 6000 The Lakes, NV 89163-6000 | | 23,531.48 | NA | NA | 0.00 |
| | George Washington Savings Bank 14701 S. LaGrange Road Orland Park, IL 60462 | | 971,702.78 | NA | NA | 0.00 |
| | Jackson National LIfe Insurance Co. PO Box 24068 Lansing, MI 48909-4068 | | 12,761.02 | NA | NA | 0.00 |
| | Metlife PO Box 371351 Pittsburgh, PA 15250-7351 | | 3,151.23 | NA | NA | 0.00 |
| | Private Bank PO Box 979 Bloomfield Hills, MI 48303-0979 | | 42,093.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Prudential Ins Co of America Customer Service Office PO Box 7390 Philadelphia, PA 19176 | | 13,825.96 | NA | NA | 0.00 |
| | The Prudential Ins Co of America Customer Service Office PO Box 7390 Philadelphia, PA 19176 | | 6,758.70 | NA | NA | 0.00 |
| | The Prudential Ins Co of America Customer Service Office PO Box 7390 Philadelphia, PA 19176 | | 2,200.00 | NA | NA | 0.00 |
| | The Prudential Ins Co of America Customer Service Office PO Box 7390 Philadelphia, PA 19176 | | 3,501.45 | NA | NA | 0.00 |
| | U.S. Department of Education P.O.Box 530260 Atlanta, GA 30353-0260 | | 3,755.59 | NA | NA | 0.00 |
| | U.S. Department of Education P.O.Box 530260 Atlanta, GA 30353-0260 | | 2,751.54 | NA | NA | 0.00 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | 665.77 | 665.77 | 665.77 | 27.34 |
| 000003 | CHASE BANK USA, N.A. | 7100-000 | 15,587.89 | 15,587.89 | 15,587.89 | 640.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | 7100-000 | 23,442.43 | 23,442.43 | 23,442.43 | 962.74 |
| 000001 | DISCOVER BANK | 7100-000 | 8,933.39 | 9,546.43 | 9,546.43 | 392.05 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 20,389.28 | 20,389.28 | 20,389.28 | 837.35 |
| 000005 | MCFADDEN & DILLON, P.C. | 7100-000 | NA | 593.30 | 593.30 | 24.37 |
| 000006 | UNITED STATES DEPARTMENT OF EDUCATI | 7100-000 | 20,899.00 | 20,809.20 | 20,809.20 | 854.59 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 1,192,022.48 | $ 91,034.30 | $ 91,034.30 | $ 3,738.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-01254 JBS Judge: Jack B. Schmetterer
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.
For Period Ending: 08/31/12

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 01/14/10 (f)
341(a) Meeting Date: 02/23/10
Claims Bar Date: 10/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1035 N. CARLYLE LANE ARLINGTON HEIGHTS, IL 60004 E<br>Debtor Claimed Exemption | 400,000.00 | 11,959.90 | DA | 0.00 | FA |
| 2. CHASE, CHECKING, ACCT #XXXX6515 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK OF AMERICA, CHECKING, ACCT #XXXX5991<br>Debtor Claimed Exemption | 1,204.00 | 0.00 | | 0.00 | FA |
| 4. COUCH, LOVE SEAT, CHAIR, (3) TABLES, T.V.W/CABINET<br>Debtor Claimed Exemption | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. COSTUME JEWELRY, WEDDING RINGS, ENGAGEMENT RINGS<br>Debtor Claimed Exemption | 2,000.00 | 504.00 | DA | 0.00 | FA |
| 7. VIDEO CAMERA | 100.00 | 100.00 | DA | 0.00 | FA |
| 8. BICYCLE, BOWLING BALL, SKIS | 100.00 | 100.00 | DA | 0.00 | FA |
| 9. HOMEOWNERS' INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. LIFE INSURANCE, JACKSON NATIONAL LIFE<br>Debtor Claimed Exemption | 1,920.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-01254 JBS Judge: Jack B. Schmetterer
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 01/14/10 (f)
341(a) Meeting Date: 02/23/10
Claims Bar Date: 10/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. LIFE INSURANCE, PRUDENTIAL LIFE<br>Debtor Claimed Exemption | 1,138.00 | 0.00 | | 0.00 | FA |
| 12. LIFE INSURANCE, PRUDENTIAL LIFE<br>Debtor Claimed Exemption | 3,732.00 | 0.00 | | 0.00 | FA |
| 13. LIFE INSURANCE, METLIFE<br>Debtor Claimed Exemption | 3,945.00 | 0.00 | | 0.00 | FA |
| 14. LIFE INSURANCE, METLIFE<br>Debtor Claimed Exemption | 4,493.00 | 0.00 | | 0.00 | FA |
| 15. LIFE INSURANCE, PRUDENTIAL LIFE<br>Debtor Claimed Exemption | 833.00 | 0.00 | | 0.00 | FA |
| 16. LIFE INSURANCE, PRUDENTIAL LIFE<br>Debtor Claimed Exemption | 1,686.00 | 0.00 | | 0.00 | FA |
| 17. ROTH IRA,METLIFE, ACCT #XXXX8482<br>Debtor Claimed Exemption | 4,958.00 | 0.00 | | 0.00 | FA |
| 18. ROTH IRA, METLIFE, ACCT #XXXX8511<br>Debtor Claimed Exemption | 4,923.00 | 0.00 | | 0.00 | FA |
| 19. IRA, METLIFE, ACCT #XXXX4951<br>Debtor Claimed Exemption | 192,660.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-01254 JBS Judge: Jack B. Schmetterer
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 01/14/10 (f)
341(a) Meeting Date: 02/23/10
Claims Bar Date: 10/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. IRA, METLIFE, ACCT #XXXX4949<br>Debtor Claimed Exemption | 9,246.00 | 0.00 | | 0.00 | FA |
| 21. 401(K) ALBERTSON'S<br>Debtor Claimed Exemption | 323,486.00 | 0.00 | | 0.00 | FA |
| 22. IRA, FISERV<br>Debtor Claimed Exemption | 4,251.00 | 0.00 | | 0.00 | FA |
| 23. CLAIM AGAINST ESTATE OF FRANK OLCZAK | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 24. CLAIM AGAINST RICHARD ANDRACKI FOR VARIOUS LOANS A | 269,000.00 | 269,000.00 | DA | 0.00 | FA |
| 25. PHARMACIST LICENSE | 0.00 | 0.00 | DA | 0.00 | FA |
| 26. 1997 TOYOTA CAMRY<br>Debtor Claimed Exemption | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 27. 1999 TOYOTA AVALON<br>Debtor Claimed Exemption | 3,000.00 | 300.00 | DA | 0.00 | FA |
| 28. 2 CATS | 25.00 | 25.00 | DA | 0.00 | FA |
| 29. MISCELLANEOUS HAND TOOLS | 100.00 | 100.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 10-01254 JBS Judge: Jack B. Schmetterer
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 01/14/10 (f)
341(a) Meeting Date: 02/23/10
Claims Bar Date: 10/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.26 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,246,300.00 | $287,188.90 | | $5,001.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 01/15/12 Current Projected Date of Final Report (TFR): 04/20/12

/s/ Frances Gecker
____________________________________ Date: 08/24/12
FRANCES GECKER

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-01254 -JBS
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.
Taxpayer ID No: *******5910
For Period Ending: 08/31/12

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5751 MONEY MARKET
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/10 | 23 | Randall Andracki<br>Bank of America | Claim against Frank Olczak | 1149-000 | 5,000.00 | | 5,000.00 |
| 07/30/10 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 5,000.05 |
| 08/31/10 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.18 |
| 09/30/10 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.30 |
| 10/29/10 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.42 |
| 11/30/10 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.55 |
| 12/31/10 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.68 |
| 01/31/11 | 30 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.81 |
| 02/28/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.85 |
| 03/31/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.89 |
| 04/29/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.93 |
| 05/31/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.97 |
| 06/30/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,001.01 |

Page Subtotals 5,001.01 0.00

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-01254 -JBS
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.
Taxpayer ID No: *******5910
For Period Ending: 08/31/12

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5751 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,001.05 |
| 08/31/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,001.10 |
| 09/30/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,001.14 |
| 10/31/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,001.18 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,994.81 |
| 11/30/11 | 30 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,994.85 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,988.69 |
| 12/29/11 | 30 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,988.73 |
| 12/29/11 | | Transfer to Acct #*******2434 | Bank Funds Transfer | 9999-000 | | 4,988.73 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 5,001.26 | 5,001.26 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,988.73 | |
| Subtotal | 5,001.26 | 12.53 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,001.26 | 12.53 | |

| | | |
|---|---|---|
| Page Subtotals | 0.25 | 5,001.26 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-01254 -JBS
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.
Taxpayer ID No: *******5910
For Period Ending: 08/31/12

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2434 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5751 | Bank Funds Transfer | 9999-000 | 4,988.73 | | 4,988.73 |
| 07/30/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,250.13 | 3,738.60 |
| 07/30/12 | 001001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 4.11% | 7100-000 | | 392.05 | 3,346.55 |
| 07/30/12 | 001002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 4.11% | 7100-000 | | 27.34 | 3,319.21 |
| 07/30/12 | 001003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 4.11% | 7100-000 | | 640.16 | 2,679.05 |
| 07/30/12 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 4.11% | 7100-000 | | 962.74 | 1,716.31 |
| 07/30/12 | 001005 | McFadden & Dillon, P.C.<br>120 S. LaSalle Street<br>Suite 1335 | Claim 000005, Payment 4.11% | 7100-000 | | 24.37 | 1,691.94 |
| | | | Page Subtotals | | 4,988.73 | 3,296.79 | |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-01254 -JBS
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.
Taxpayer ID No: *******5910
For Period Ending: 08/31/12

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2434 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, Illinois 60603 | | | | | |
| 07/30/12 | 001006 | United States Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | Claim 000006, Payment 4.11% | 7100-000 | | 854.59 | 837.35 |
| 07/30/12 | 001007 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 4.11% | 7100-000 | | 837.35 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 4,988.73 | 4,988.73 | 0.00 |
| Less: Bank Transfers/CD's | 4,988.73 | 0.00 | |
| Subtotal | 0.00 | 4,988.73 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,988.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5751 | 5,001.26 | 12.53 | 0.00 |
| GENERAL CHECKING - ********2434 | 0.00 | 4,988.73 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,001.26 | 5,001.26 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,691.94

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-01254 -JBS
Case Name: ANDRACKI, RANDALL S.
ANDRACKI, SANDRA M.
Taxpayer ID No: *******5910
For Period Ending: 08/31/12

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number / CD #: *******2434 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

/s/ Frances Gecker

Trustee's Signature: ________________________________ Date: 08/24/12

FRANCES GECKER

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06d